The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAVEL ROMBAKH,<br><br>Plaintiff,<br><br>v.<br><br>KLEENHOUSE BUILDING MAINTENANCE, INC.,<br><br>Defendants. | CASE NO. C17-944-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States has filed an *Ex Parte* Application for an Extension of Time to Consider Election to Intervene, in which the government seeks a six (6) month extension of time, from February 22, 2018, to August 22, 2018, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time . . . ." 31 U.S.C. § 3730(b)(3). The Court finds that the *Ex Parte* Application establishes good cause.

Accordingly, it is hereby ORDERED that the United States shall have until August 22, 2018, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

ORDER - 1
(C17-944-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 5th day of March, 2018.

*(signature)*
Thomas S. Zilly
United States District Judge

Presented by:

 *s/David East*
DAVID R. EAST WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101
Phone: (206) 553-7970
Fax:     (206) 553-4073
Email: david.east@usdoj.gov

ORDER - 2
(C17-944-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970