The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAVEL ROMBAKH,<br><br>Plaintiff,<br><br>v.<br><br>KLEENHOUSE BUILDING MAINTENANCE, INC.,<br><br>Defendants. | CASE NO.  C17-00944-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States has filed an *Ex Parte* Application for an order partially lifting the seal in this case so that it may inform LexisNexis, Westlaw, and any other sources publishing information about this *qui tam* action in order to request that these services remove any information and/or documents that relate to this lawsuit.  The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may both preserve the sanctity of the seal and further the government's investigation and possible resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the United States' *Ex Parte* Application for Partial Lifting of Seal shall be granted so that the government, in its discretion, may disclose that this matter is under seal to support its request that LexisNexis, Westlaw, and any other sources publishing information about this *qui tam* action remove any

ORDER - 1
(C17-00944-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  information and/or documents that relate to this lawsuit. The Clerk shall otherwise maintain
2  the Complaint and other filings under seal for the duration of the government's investigation
3  or until otherwise ordered by the Court.

5       DATED this 13th day of April, 2018.

              _____
              Thomas S. Zilly
              United States District Judge

12 Presented by:

14 */s/David East*
   DAVID R. EAST WSBA #31481
15 Assistant United States Attorney
16 United States Attorney's Office
   700 Stewart Street, Suite 5220
17 Seattle, Washington  98101
18 Phone: (206) 553-7970
   Fax:    (206) 553-4073
19 Email: david.east@usdoj.gov

ORDER - 2
(C17-00944-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970