The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PAVEL ROMBAKH,<br><br>Plaintiff,<br><br>v.<br><br>KLEENHOUSE BUILDING MAINTENANCE, INC., *et al.*,<br><br>Defendants. | CASE NO. C17-00944-TSZ<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The Court, having considered Relator's Notice of Voluntary Dismissal Without Prejudice and the United States' Consent to Dismissal, hereby ORDERS, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. Relator having agreed to dismiss all claims raised in this matter;

2. All of the claims set forth in Relator's Amended Complaint shall be dismissed against all Defendants without prejudice to the Relator, and without prejudice to the United States; and

3. The Complaint, the Amended Complaint, this Order, and all other papers on file in this action shall be unsealed.

//
//

ORDER - 1
(C17-00944-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 29th day of August, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

*/s/ David East*
DAVID R. EAST, WSBA #31481
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
E-mail: david.east@usdoj.gov

ORDER - 2
(C17-00944-TSZ)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970